IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
STEPHEN M. TRAMMELL,       )
                           )
    Plaintiff,             )
                           )     CIVIL ACTION NO.
    v.                     )       2:11cv532-MHT
                           )           (WO)
CAROLYN W. COLVIN,         )
Acting Commissioner of     )
Social Security,           )
                           )
    Defendant.             )
```

OPINION

Plaintiff Stephen M. Trammell filed this lawsuit seeking judicial review of a final decision by defendant Acting Commissioner of Social Security denying his application for disability insurance benefits and supplemental income under the Social Security Act. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the decision of the Acting Social Security Commissioner should be reversed. There are no objections to the recommendation. After an independent and de novo review of the record, the

court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 7th day of August, 2013.

                       /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE