IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STEPHEN M. TRAMMELL,              ) | |
|                              ) | |
|    Plaintiff,              ) | |
|                              ) | CIVIL ACTION NO. |
|    v.                       ) | 2:11cv532-MHT |
|                              ) | (WO) |
| CAROLYN W. COLVIN,       ) | |
| Acting Commissioner of   ) | |
| Social Security,         ) | |
|                              ) | |
|    Defendant.               ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. No. 15) is adopted.

(2) Judgment is entered in favor of plaintiff Stephen M. Trammell and against defendant Acting Commissioner of Social Security.

(3) The decision of defendant Acting Commissioner of Social Security is reversed and this action is

remanded to defendant Acting Commissioner of Social Security for further proceedings.

It is further ORDERED that costs are taxed against defendant Acting Commissioner of Social Security, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 7th day of August, 2013.


                             /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE